[No. 74163-2-I.   Division One.   February 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH J. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 14-1-00009-8, Michael J. Sullivan, J., entered May 16, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 74341-4-I.   Division Two.   February 8, 2016.]

EDITH GUERRERO JACOBO, *as Administrator, Respondent*, v. PETERSON WAMPOLD ROSATO LUNA & KNOPP, PS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-02930-4, Janet M. Helson, J., entered November 10, 2015. *Granted* and *dismissed* by unpublished per curiam opinion.

[Nos. 45654-1-II; 47394-1-II.   Division Two.   February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ROHN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-1-02680-7, Gerald T. Costello, J., entered January 3, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 45998-1-II.   Division Two.   February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY TARRER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00712-0, Katherine M. Stolz, J., entered February 14, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.